In the Matter of the Claim of Sarah Miller, Respondent, against New York Dock Company, Appellant. State Industrial Board, Respondent.

(Submitted May 23, 1933; decided June 6, 1933.)

*William J. Carr* and *Charles E. Hotchkiss* for appellant.
*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Dissenting: KELLOGG, J. Not sitting: HUBBS, J.